UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHELLE E. Z., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 4:24-cv-00374-AKB-DKG <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On August 16, 2024, Plaintiff Michelle E. Z. filed an application for leave to proceed in forma pauperis (Dkt. 2) in this proceeding. On August 22, 2024, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation in this matter. (Dkt. 9). Pursuant to statute, Judge Grasham gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

**ORDER – 1**

## ORDER

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation entered on August 22, 2024 (Dkt. 9), is **INCORPORATED** and **ADOPTED** in its entirety;

2. Plaintiff's In Forma Pauperis Application (Dkt. 2) is **DENIED**, and Plaintiff is required to pay the filing fee of $405 in full within sixty (60) days before being allowed to proceed in this matter. Failure to do so may result in dismissal of the case with prejudice.

DATED: September 10, 2024

Amanda K. Brailsford
U.S. District Court Judge